March 27, 1973

Commonwealth *v.* Papini, Appellant.

Argued March 22, 1973. *M. Medway,* with him *Barry H. Denker,* and *Shuman, Gay, Denker & Land,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

April 4, 1973

Adelman et ux., Appellants, *v.* Fleming.

Argued November 16, 1972. *Alan Frank,* with him *Raymond Radakovich,* and *Frank & Radakovich,* for appellants; *Kim Darragh* and *Herman C. Kimpel,* with them *Meyer, Darragh, Buckler, Bebenek & Eck,* and *Dickie, McCamey & Chilcote,* for appellee.

Judgment affirmed.